THERESA LYONS, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion to vacate respondent's default, to set aside the decision heretofore made herein, and for reargument of the appeal, denied, without costs. The record clearly shows that there is no merit to the cause of action, and there is little likelihood that the respondent would succeed if the default were opened. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

MARY ROXBURY McGINN, Appellant, v. THE SHELTER ISLAND HEIGHTS ASSOCIATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

VINCENZA MORANO, as Administratrix, etc., of ORANZIO MORANO, Deceased, Respondent, v. BRUNO TRIMPOLI, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

MARY POKORNEY, and FRANCES and ROSEMARY POKORNEY, Infants, by Their Guardian ad Litem, CHARLES RUPRICH, and GEORGE POKORNEY, Respondents, v. ROSA SPERA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

DAVID POSNER, Respondent, v. ARNON CONSTRUCTION COMPANY, Defendant, and JAEFRED APARTMENTS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING BECKER, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Adel..

SANTA RIZZI, an Infant, by GEORGE CALABRANO, Her Guardian ad Litem, and JOHN RIZZI, Respondents, v. MEYER L. KENSKY, etc., Defendant, and FRANK A. PALMER, Individually, Appellant, and as Executor and Trustee under the Last Will and Testament of ABRAHAM LEVY, Deceased, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

LOUIS RIZZORO, Respondent, v. MARIA FRANCESCA RIZZORO, Respondent; ROSE F. ALOISI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

RUBICON OPERATING CORPORATION, Respondent, v. W. A. RUTHERFORD CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.